2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit



5-30-2013

# MD Mall Associates v. CSX Trans Inc

Precedential or Non-Precedential: Precedential

Docket No. 12-1934

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"MD Mall Associates v. CSX Trans Inc" (2013). *2013 Decisions.* Paper 750.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/750

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1934
_____


MD MALL ASSOCIATES, LLC
Trading as MacDade Mall Associates, L.P.,
                                        Appellant,


v.


CSX TRANSPORTATION , INC.


_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 11-cv-4068)
District Judge:  Hon. Juan R. Sanchez

_____


Argued
January 8, 2013

Before:  RENDELL, FISHER, and JORDAN, *Circuit Judges*.

(Filed: April 30, 2013)
_____

Marc B. Kaplin   [ARGUED]
Pamela M. Tobin
Kaplin, Stewart, Meloff, Reiter & Stein
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA   19422
        *Counsel for Appellant*

Richard P. Caldarone
Andrew Tauber   [ARGUED]
Mayer Brown
1999 K Street, NW
Washington, DC   20006

Heather M. Gamache
John E. Young, IV
Flynn & Wirkus
1500 John F. Kennedy Blvd. - #312
Philadelphia, PA   19102
        *Counsel for Appellee*

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

    IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

At the top of page 21, in the sentence beginning "The railroad's argument", "in *Strozyk*" shall be deleted, and, in the citation that follows, "*Stozyk*, 358 F.3d at 273" shall be deleted and replaced with "*See supra* at 18-19".

On page 22, following the cite to "*Cowden v. BNSF Ry. Co.*, … (E.D. Mo. 2010)" insert: "*rev'd on other grounds*, 690 F.3d 884, 893-94 (8th Cir. 2012) (reversing as premature the grant of summary judgment because the district court had raised FRSA regulations for the first time *sua sponte* and did not give plaintiff an opportunity to 'submit[] evidence of FRSA violations' or to separately evaluate whether railroad breached duty imposed by FRSA)".


                                        /s/   Kent A. Jordan
                                        Circuit Judge


DATED:  May 30, 2013
PDB/cc: All Counsel of Record